RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 03 2015

Abel Acosta, Clerk

IN The

Texas Court Of Criminals Appeals.

Alan Omar Rodriguez, Pro-Se          x D.O.B. 2/3/69.
        Petitioner.
            V                        x Date 5/19/15 .
The State Of Texas Et Al.            x Appeal Case No: 01-14-00206-CR
        Respondant.                    Trial Court No: 1378403

Motion For Court's Leave to File Pro-Se, In Forma Pauperis And to Waive The Rule To File with Eleven Copies and to Score The State's Prosecutor. "Pursuant to The Appropiate Rule"

To The Honorable Justice Judge for The Texas Court Of Criminals Appeals.

FILED IN
COURT OF CRIMINAL APPEALS

JUN 03 2015

Abel Acosta, Clerk

Now comes The Petitioner Alan Omar Rodriguez, Pro-Se, an indigent lay-man-of the law In Forma Pauperis and a prisoner in the Ramsey1 Unit of Rosharon, Texas, respectfully enters this honorable court Of Criminals Appeals of Texas with this here his Motion For Court's Leave to File Pro-Se, In Forma Pauperis And to Waive the Rule to File with Eleven Copies and to Serve The State's Prosecutor. Pursuant to the Appropriate Rule for the above Styled and numbered cause

Petitioner claims he has been convicted without sufficient evidence by an ineffective trial Counsel and the Court's trial Judge's abuse of discretion and for the better ends of justice this Motion should be granted to avoid gross miscarage of fundamental U.S. Constitutional Justice.

P. 1 of 2

In Support of this Motion Petitioner States as Follows:

1. Jurisdiction lie in this court to entertain this Matter.
2. Cause Of Action is for due Relief From an illegal incarceration.
3. The claims are real, true and merit relief sought.
4. Being a layman of the law the rule to file liberally is invoked.
5. Petitioner has been Certified as Pauper. No money whatsoever.
6. The Christian Community is assisting with writing material.
7. Its imposible to obtain Eleven Copies and to serve the State Prosecter compounding the hardship.
8. Petitioner will show merits for relief sought.

## Prayer:

Premise Considered, Petitioner Prays this honorable Court grants this Motion and allowes to file Pro-se in forma Pauperis and to waive the Eleven Copies and also the Serving to the State's Prosecutor, for the sake Of fairness in justice a Cardinal Principle of The Law.

Respectfully Submitted and Signed, *Alan Omar Rodriguez*

Alan Omar Rodriguez, Pro-se.
cc. 1928606 Ramsey 1 Unit
1100 FM 655
Roshason, Tx. 77583

## Order

This Court having heard Motion For Court's leave to file Pro-se and to waive Eleven Copies and having to serve the State's Prosecter and Paupers status grants the motion this ____ day of ____, 2015. So Ordered.

Presiding honorable

Justice Judge, ____

p. 2 of 2.